DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

13 JUNE 2012

| 068P12 | In the Matter of: S.R. and E.Q.R. Minor Children | Respondent-Father's PDR Under N.C.G.S. § 7A-31 (COA11-1109) | Denied |
|---|---|---|---|
| 069P12 | Duncan C. Day and Ashley-Brook Day, as Co Administrators of the Estate of Duncan C. Day, Jr., Deceased v. Thomas Alan Brant, M.D., Edward William Hales, P.A., Mid-Atlantic Emergency Medical Associates, P.A., and Mooresville Hospital Management Associates, Inc. d/b/a Lake Norman Regional Medical Center | Defs' (Brant, Hales, and Mid-Atlantic Emergency Medical Associates, P.A.) PDR Under N.C.G.S. § 7A-31 (COA09-573-2) | Denied |
| 071P12 | State v. Jennie Lee White and Katherine Ann White | Def's (Katherine Ann White) PDR Under N.C.G.S. § 7A-31(COA11-558) | Denied |
| 081P12 | State v. William Latham Reynolds | 1. State's Motion for Temporary Stay (COA11-536) | 1. Allowed **02/27/12;** Dissolved the Stay **06/13/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Def's Motion to Dissolve Temporary Stay | 4. Dismissed as Moot |
| 090P07-4 | State v. Lindo Nickerson | Def's *Pro Se* Motion for NOA (COAP11-768) | Dismissed **Jackson, J., Recused** |
| 095P12 | State v. Dustin Lewis Monti and Joshua L. Thornton | 1. State's Motion for Temporary Stay (COA11-836) | 1. Allowed **03/12/12;** Dissolved the Stay **06/13/12** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Def's (Thornton) Motion to Dissolve Temporary Stay | 4. Dismissed as Moot |
| | | 5. Def's (Monti) Motion to Dissolve Temporary Stay | 5. Dismissed as Moot |